741 A.2d 197

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Daniel Paul CHRISTMAN, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 13, 1999.

Edward F. Browne, Jr., Lancaster, for petitioner.

## *ORDER*

PER CURIAM:

**AND NOW**, this 13th day of December, 1999, the Petition for Allowance of Appeal is GRANTED and the order of the Superior Court is REVERSED. *Commonwealth v. Lantzy,* 558 Pa. 214, 736 A.2d 564 (1999).

**IT IS FURTHER ORDERED** that this matter be remanded to the PCRA court for an evidentiary hearing on the reasons for counsel's failure to file a timely brief on Petitioner's direct appeal to the Superior Court.